FILED '06 OCT 20 15:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| STATE OF OREGON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-1443-PK (LEAD) |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEGAL SERVICES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LEGAL AID SERVICES OF OREGON, an Oregon non-profit corporation; AARON GUEVARA; JANICE MORGAN; SHARON LEE SCHWARTZ; DONNA SATHER; OREGON LAW CENTER, an Oregon non-profit corporation; DAVID HENRETTY; DIANE SCHWARTZ SYKES; COMMUNITY ALLIANCE OF TENANTS; CAMPAIGN FOR EQUAL JUSTICE, an Oregon non-profit corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 05-1444-PK  O R D E R |
| Plaintiffs, | ) | |
| v. | ) | |
| LEGAL SERVICES CORPORATION, | ) | |
| Defendants. | ) | |

JONES, Judge:

Magistrate Judge Papak filed Findings and Recommendation on July 10, 2006, in the above entitled consolidated cases (# 51). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiffs, Defendant, and Intervenor have timely filed objections (## 54, 55, 56, and 57). I have, therefore, given de novo review of Magistrate Judge Papak's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#51) dated July 10, 2006, in its entirety. Defendant's and Intervenor's motions to dismiss the claims of plaintiff State of Oregon (## 22, 33) are granted. Defendant's and Intervenor's motions to dismiss the claims of plaintiffs Legal Aid Services of Oregon, et al (## 21, 34), are denied with respect to plaintiffs' as-applied claims and granted with respect to all other claims. Requests for oral argument are denied.

IT IS SO ORDERED.

DATED this 20th day of October, 2006.

ROBERT E. JONES
United States District Judge