IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| STATE OF OREGON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-1443-PK (LEAD) |
| | ) | |
| v. | ) | <u>AMENDED ORDER</u> |
| | ) | |
| LEGAL SERVICES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| LEGAL AID SERVICES OF OREGON, an Oregon non-profit corporation; AARON GUEVARA; JANICE MORGAN; SHARON LEE SCHWARTZ; DONNA SATHER; OREGON LAW CENTER, an Oregon non-profit corporation; DAVID HENRETTY; DIANE SCHWARTZ SYKES; COMMUNITY ALLIANCE OF TENANTS; CAMPAIGN FOR EQUAL JUSTICE, an Oregon non-profit corporation, | ) ) ) ) ) ) ) ) ) ) ) | Civil No. 05-1444-PK <br><br> <u>AMENDED ORDER</u> |
| Plaintiffs, | ) | |
| v. | ) | |
| LEGAL SERVICES CORPORATION, | ) | |
| Defendants. | ) | |

JONES, Judge:

Magistrate Judge Papak filed Findings and Recommendation on July 10, 2006, in the above entitled consolidated cases (# 51).  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiffs, Defendant, and Intervenor have timely filed objections (## 54, 55, 56, and 57).  I have, therefore, given de novo review of Magistrate Judge Papak's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#51) dated July 10, 2006, in its entirety.  Defendant's and Intervenor's motions to dismiss the claims of plaintiff State of Oregon (## 22, 33) are granted.  Defendant's and Intervenor's motions to dismiss the claims of plaintiffs Legal Aid Services of Oregon, et al. (##21, 34), are denied with respect to plaintiffs' as-applied First Amendment claim against the program integrity regulation and granted with respect to all other as-applied and facial claims.  Requests for oral argument are denied.

IT IS SO ORDERED.

DATED this 4th day of December, 2006.

/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge